11 CV 2047

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
MAR 24 2011
U.S.D.C. S.D. N.Y.
COMPLETED

| | | |
|---|---|---|
| **ROBERT G. LOPEZ, an individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| **AEROPOSTALE INC., and** | ) | **JURY TRIAL DEMANDED** |
| **AEROPOSTALE PROCUREMENT, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND RELATED CLAIMS

Plaintiff, Robert G. Lopez, alleges his complaint against defendants, Aeropostale, Inc., and Aeropostale Procurement, Inc. as follows:

## NATURE OF THE ACTION

1.      This action arises from Defendants' infringement of Plaintiff's "ownership" and "use" rights in the mark LOWER EAST SIDE™, in conjunction with clothing, namely hooded sweatshirts. Despite Plaintiff being the registered owner of the trademark LOWER EAST SIDE™ and offering various clothing items under such brand name, the defendants' have infringed Plaintiff's rights in the LOWER EAST SIDE™ mark by selling, offering for sale and advertising hooded sweatshirts under Plaintiff's trademark. Plaintiff has already experienced "actual confusion" in connection with this matter and is likely to continue to experience confusion as to the affiliation or connection between the Defendants' and Plaintiff resulting in the unjust enrichment of Defendants' by using Plaintiff's registered trademark.



RECEIVED
MAR 24 2011
PRO SE OFFICE

## JURISDICTION AND VENUE

2.     This Court has jurisdiction over this action pursuant to 15 U.S.C. §1051 *et seq.*, 15 U.S.C. Sections 1114-1116; under Section 43(a) of the Trademark Act, 15 U.S.C. §1125(a) and Section 43(c) of the Trademark Act, 15 U.S.C. §1125(c).

3.     This Court has personal jurisdiction over the defendants' because defendants are either corporations registered with the NYS Department of State Division of Corporations (**See Exhibit A**) and/or because defendants' engage in continuous and significant business activities in, and directed to the State of New York within this judicial district, and because defendants' have committed tortuous acts aimed at and causing harm within the State of New York and this judicial district.

4.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c) because it is where Plaintiff resides and the defendants' transact business and/or maintain an office or business location in this district, and because a substantial portion of the events giving rise to the asserted claims have occurred, and continue to occur, within this district. Furthermore, the damage to Plaintiff and its intellectual property described herein continues to occur in this judicial district.

## THE PARTIES

5.     Plaintiff, Robert G. Lopez is an individual residing at 230 Clinton Street, Apt. #11C, New York, NY 10002.

6.     Upon information and belief, Defendant Aeropostale, Inc. is a Delaware corporation with a place of business at 112 West 34th Street, 22nd Floor, New York, New York 10120.

7.     Upon information and belief, Defendant Aeropostale Procurement, Inc. is a Delaware corporation with a place of business at 112 West 34th Street, 22nd Floor, New York, New York 10120.

## FACTS

8.     Since at least as early as 1997, Plaintiff Robert G. Lopez has been selling t-shirts, sweaters, hooded sweatshirts and other clothing items under the LOWER EAST SIDE™ brand name.

9.     Since at least as early as 1999, Plaintiff has been independently operating a clothing business under the trade name L.E.S. CLOTHING CO.™, which has sold t-shirts, sweaters, hooded sweatshirts and other related clothing items under the marks LOWER EAST SIDE™ and LES NYC™.

10.     In addition to selling and offering for sale clothing items under the LOWER EAST SIDE™ and LES NYC™ brand names, Plaintiff has also continuously sold and offered for sale various clothing items including hooded sweatshirts which bear the LOWER EAST SIDE™ mark in various fonts and design styles which are prominently displayed on the front and/or back of the t-shirts and/or sweatshirts.  (See Exhibit B).

11.     Plaintiff sells, and promotes the sale of his LOWER EAST SIDE™ clothing via his website www.lesclothing.com, through order forms, and his t-shirts and sweaters are also available for sale in several retail locations in Lower Manhattan.  (See Exhibit C).

12.     Plaintiff advertises his LOWER EAST SIDE™ brand and clothing items through flyers, posters, stickers and through grass root street marketing methods such as painted "street murals."  Plaintiff also regularly conducts photo shoots of customers who purchase his LOWER EAST SIDE™ clothing items to be included in magazine advertisements and marketing materials.  (See Exhibit D).

13.     Plaintiff's LOWER EAST SIDE™ clothing items have been featured in several music videos and one of Plaintiff's LOWER EAST SIDE™ mural's has been exhibited in an art museum in England.

14.     Plaintiff is the registered owner of New York State Trademark Registration No. R31067 for the mark LOWER EAST SIDE™.  **(See Exhibit E)**.

15.     Plaintiff is informed and believes and thereon alleges that since December of 2010 Defendants have introduced and began marketing, selling, offering for sale and distributing clothing under the mark LOWER EAST SIDE.

16.     In or about January of 2011, Plaintiff was contacted by a long-standing customer of his LOWER EAST SIDE™ clothing products and was asked if he was affiliated or behind the LOWER EAST SIDE™ hooded sweatshirts that were being sold by Aeropostale at its various stores.  Upon further investigating this matter, Plaintiff learned that the defendants' were in fact selling LOWER EAST SIDE™ hooded sweatshirts and marketing the same via websites such as www.gopromocode.com, www.products.ebates.com and www.shopstyle.com.  **(See Exhibit F)**.

## FIRST CAUSE OF ACTION
## TRADEMARK INFRINGEMENT (15 U.S.C. §§ 1114-1116)

17.     Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 16 of this Complaint.

18.     The use in commerce by Defendants of an identical and slightly identical version of Plaintiff's registered trademark is likely to cause confusion, mistake and deception among members of the public and in trade as to the source, origin, or sponsorship of defendants' goods and services.  Such use by defendants constitutes a clear and direct infringement of Plaintiff's rights in and to Plaintiff's registered trademark, and has resulted in injury and damage to Plaintiff that will continue if defendants are not ordered to cease all use of the LOWER EAST SIDE™ mark.

## SECOND CAUSE OF ACTION

## UNFAIR COMPETITION & FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a)

19.     Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 18 of this Complaint.

20.     Plaintiff has the exclusive right to market, brand and provide clothing related goods using the LOWER EAST SIDE™ mark.

21.     Defendants by reason of the aforementioned acts, have falsely described, represented and designated the origin of its goods and services.  Defendants' activities already have confused the public into believing that defendants and Plaintiff's clothing goods and accessories come from one and the same source, and defendants continued activities are likely to create further confusion and deceive the public concerning the source of the goods/services.

22.     Defendants have unfairly profited from the actions alleged herein and will continue to unfairly profit and become unjustly enriched unless and until such conduct is enjoined by this Court.

23.     By reason of Defendants willful acts conducted in conscious disregard for Plaintiff's rights, Plaintiff is entitled to treble damages under 15 U.S.C. § 1117(a).

## THIRD CAUSE OF ACTION

## COMMON LAW TRADEMARK INFRINGEMENT & UNFAIR COMPETITION

24.     Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 23 of this Complaint.

25.     Defendants conduct constitutes deception by which Defendants' goods will be palmed off as those of Plaintiff.  Such conduct constitutes trademark infringement and unfair competition in violation of the laws of the State of New York.

26.     Defendants unauthorized use of Plaintiff's LOWER EAST SIDE mark is likely to continue to cause further confusion to the public as to the clothing goods and accessories of the respective parties.

27.     By reason of the foregoing, Defendants have infringed and continue to infringe on Plaintiff's common law rights in the LOWER EAST SIDE™ mark and defendants have become unjustly enriched by such acts of infringement.

28.     Defendants unlawful conduct has been and will continue to be willful or willfully blind to Plaintiff's rights, as Defendants have reason to know of Plaintiff's rights.

## FOURTH CAUSE OF ACTION
## UNJUST ENRICHMENT

29.     Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 28 of this Complaint.

30.     Defendants have unjustly retained profits from the sale of clothing goods and accessories bearing Plaintiff's LOWER EAST SIDE™ mark.

31.     Defendants actions constitute unjust enrichment.

## PRAYER FOR RELIEF
WHEREFORE, Plaintiff respectfully prays for relief as follows:

1.      Entry of an order and judgment requiring that all defendants, their subsidiaries, officers, agents, servants, employees, owners, and representatives, and all other persons or

entities in active concert or participation with them, be preliminarily and, thereafter, permanently enjoined and restrained from (a) using in any manner the trade name, trademark, domain name or other indicia or origin, including in whole or part the term LOWER EAST SIDE™, or any colorable imitation thereof; (b) advertising, operating a website, using business stationary or offering any goods or services using the trade name, trademark, domain name, URL, or any other indicia of origin including in whole or part the term LOWER EAST SIDE™, or any colorable imitation thereof; (c) otherwise engaging in any acts of unfair competition and infringement which tend to injure Plaintiff's rights in the LOWER EAST SIDE mark.

2.      That Defendants be required to account to Plaintiff for any and all profits derived by it, and to compensate Plaintiff for all the damages sustained by reason of the acts complained of herein, and that the damages herein be trebled pursuant to the Trademark Act.

3.      That Defendants be ordered to deliver up for destruction any and all infringing materials bearing the LOWER EAST SIDE™ mark, and any colorable imitation thereof, in whole or part.

4.      That Plaintiff be awarded punitive damages.

5.      That Defendants be required to place advertisements or send notifications to past and present customers that it improperly has been using the LOWER EAST SIDE™ mark.

6.      That Plaintiff be awarded the cost and disbursements of this action.

7.      That Plaintiff have such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all issues.

Dated: March 24, 2010  
      New York, NY

Respectfully submitted,  
Robert G. Lopez – Pro Se

Robert G. Lopez  
Pro Se Plaintiff  
230 Clinton Street – Apt. #11C  
New York, New York 10002  
(917) 515-9333

**EXHIBIT A**

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through March 22, 2011.

---

Selected Entity Name: AEROPOSTALE, INC.
Selected Entity Status Information

**Current Entity Name:** AEROPOSTALE, INC.
**Initial DOS Filing Date:** SEPTEMBER 27, 1995
**County:** NEW YORK
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

**Chairman or Chief Executive Officer**
JULIAN R. GEIGER
112 WEST 34TH ST.
22ND FL
NEW YORK, NEW YORK, 10120

**Principal Executive Office**
AEROPOSTALE, INC.
112 WEST 34TH ST.
22ND FL
NEW YORK, NEW YORK, 10120

**Registered Agent**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

This office does not record information regarding
the names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through March 22, 2011.

Selected Entity Name: AEROPOSTALE PROCUREMENT COMPANY, INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | AEROPOSTALE PROCUREMENT COMPANY, INC. |
| **Initial DOS Filing Date:** | JANUARY 26, 2011 |
| **County:** | NEW YORK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

**Registered Agent**

NONE

This office does not record information regarding
the names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be
listed above. Professional corporations must include
the name(s) and address(es) of the initial officers,
directors, and shareholders in the initial certificate
of incorporation, however this information is not
recorded and only available by viewing the
certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

# EXHIBIT B







# L.E.S. CLOTHING CO.™

★ ★ ★ ★ ★ ★

## EST. 1999

### REP YOUR HOOD WITH AN EXCLUSIVE L.E.S. TEE!!!







MORE COLORS/STYLES AVAILABLE

MORE COLORS/STYLES AVAILABLE

MORE COLORS/STYLES AVAILABLE

MORE COLORS/STYLES AVAILABLE

MORE COLORS/STYLES AVAILABLE

## FOR ORDERS AND ADDITIONAL INFORMATION CALL (800) 495-1539

# www.LESCLOTHING.com

ALL DESIGNS AND/OR LOGOS ARE COPYRIGHTED AND TRADEMARKED WORKS AND THE PROPERTY OF L.E.S. CLOTHING CO.



EXHIBIT C

 MySpace

 Introducing the Nexus S                    Google



**L.E.S CLOTHING CO.™**

"REP YA HOOD WITH
AN EXCLUSIVE
LOWER EAST SIDE
T-SHIRT"

Male
101 years old
NEW YORK, New
York
United States

● Online Now!

Last Login:
12/15/2010


View My: Pics | Videos | Playlists

**Contacting L.E.S CLOTHING CO.™**

| | | |
|---|---|---|
| ✉ Send Message | ➡ Forward to Friend |
| ⚑ Add to Friends | ☆ Add to Favorites |
| ☎ IM / Call | ⊘ Block User |
| ⚘ Add to Group | ⚑ Rank User |

**Myspace URL:**
www.myspace.com/globalgclothing



**L.E.S CLOTHING CO.™'s Interests**

General



**L.E.S CLOTHING CO.**
★★★★★

FOR ORDERS OR OTHER INFO
EMAIL
LESCLOTHING@GMAIL.COM OR
CALL (917)515-9333...WE
WILL PERSONALLY DELIVER
ANY OF OUR LOWER EAST
SIDE T SHIRTS TO ANY
LOCATION ON THE L.E.S. WE
HAVE A LARGE VARIETY OF
SIZES AND COLORS
CURRENTLY AVAILABLE:
S,M,L,XL,2X,3X,4X and 5X...

Music

DOWN BOTTOM DVD
TRAILER COMMERCIAL

---

**L.E.S CLOTHING CO.™ GOT THEM
WHITE/RED/BLUE LES TEES FOR THE
FESTIVAL N PR PARADE...HOLLA @ YA BOY!!!**

2:22 PM Jun 11

view more

**L.E.S CLOTHING CO.™'s Latest Blog Entry** [Subscribe to this Blog]

Folks reps that LES set on HipHopGame.Com (view more)

[View All Blog Entries]

**L.E.S CLOTHING CO.™'s Blurbs**

**About me:**

Rep Your Hood with an exclusive LOWER EAST SIDE t-shirt available from
L.E.S. Clothing Co.™. We have a wide variety of LOWER EAST SIDE™ designs
including LES NYC™, ALPHABET CITY™, THE LOWER™, THE 6 BORO™, etc.

For orders please call (800) 495-1539 or email us at lesclothing@gmail.com.



**Who I'd like to meet:**



Movies







Books



Heroes





User

NEW VIDEO "READY TO RIDE"

BY EASY & TRIPLE THREAT

PROD.BY MEC-ONE

DIR.BY BIG SKILLY

"Ready To Ride" (HD) Video



G3D

Jun 11 2010 2:19 PM
Comment Back - Send Message - Block
User

Sham Da God







SHAM DA GOD "8 STRIP"

**DAT 5 STAR CHICK** ☐☐☐
☐☐



**May 5 2010 1:17 PM**
Comment Back - Send Message - Block User

What's good homie holla at me I need some new giddy-up 4 da summer time :)

**"J.ONE&ONLY"**



**Feb 16 2010 12:00 PM**
Comment Back - Send Message - Block User

L.E.S STAND THE FUK UP



◄◄ 0:00 / 0:00 🔊

**LIMITED EDITION SWAG / JCONNECTS**



**Jan 12 2010 12:54 PM**
Comment Back - Send Message - Block User

HEY WHATS GOIN ON ...

JUS SLIDIN THRU TO BRING SUM OFFICIAL...
***DINERO EL DON***
LOVE TO YOUR PAGE...

HOPE ALL IS WELL... ENJOY YOUR WEEK AND GOD BLESS..

YA TU SABES/L.E.S./DINERO

AIM FLOW: DINERO51631
TWITTER @DINEROELDON
FACEBOOK: DONDINERO51631@GMAIL.COM

**only1jones**



**Dec 8 2009 12:35 PM**
Comment Back - Send Message - Block User





DOWN BOTTOM DVD B-JON.

▶ ◀ ◁ 0:00 / 2:25 ⚙    You Tube

**Six Lowa**

**Oct 7 2009 12:39 PM**
Comment Back - Send Message - Block
User



**Six Lowa**

**Aug 11 2009 2:16 PM**
Comment Back - Send Message - Block
User

Hey Whats Goody?



**Jhoodz | @JhoodzRT**

**Apr 29 2009 10:57 AM**
Comment Back - Send Message - Block
User

big ups to L.E.S CLOTHING CO!!

LOVING THE SHIRTS!!

**Twitter.com/DJ_Junerock**
**k**

**Mar 25 2009 10:46 AM**
Comment Back - Send Message - Block
User

thanks 4 the add!!! 6th boro Lowa Deck for
life.. L

**JIMMY**



**Mar 3 2009 10:22 PM**
Comment Back - Send Message - Block
User





thanks for the add

THE OFFICIAL LOWER
EAST SIDE PAGE



Feb 16 2009 3:48 AM
Comment Back - Send Message - Block
User



THE OFFICIAL LOWER
EAST SIDE PAGE



Feb 11 2009 11:58 PM
Comment Back - Send Message - Block
User

L.E.S ALL FUCKIN DAY.... WE
INTERNATIONALLY KNOWN

**FRANKI**



Feb 10 2009 10:15 AM
Comment Back - Send Message - Block
User



Papi Shank -
Performing LIVE Sat
8/7 in NY!



Feb 9 2009 3:49 AM
Comment Back - Send Message - Block
User

THANX 4 THE SUPPORT!

CHECK OUT MY NEW VIDEO!





LOWER EAST SIDE T
SHIRTS...COP YOURS NOW!!!

THE T-SHIRTS BELOW
ARE AVAILABLE IN MORE
COLORS THEN ARE SHOWN ON
THIS PAGE...FOR ADDITIONAL
INFORMATION YOU CAN CALL
US AT (800) 495-1539 OR
EMAIL US AT
LESCLOTHING@GMAIL.COM

NOW SPREAD THE WORD:

Rappers, Singers, Producers
want to be feat.on
"LOG ON" vol.2?
*CLICK HERE*

*NEED AN EXCLUSIVE MYSPACE LAYOUT?*
* CLICK HERE *

Looking for EXPOSURE and/or some EXTRA
CASH?
*CLICK HERE*







Please vote for Jayden
and Mikaila see my
profile

Jan 18 2009 4:43 PM
Comment Back - Send Message - Block
User



Visit MyCoolEspacio.com

Jan 5 2009 8:21 PM
Comment Back - Send Message - Block
User

Sizes
Small

Buy Now



▼Carmen▼



Sizes
Small

*Buy Now*



Sizes
Small

*Buy Now*



**Showing Love!**

MYHOTCOMMENTS.COM
MyHotComments thank you for adding me
as a friend

**Evan ( LES)**

Dec 4 2008 8:54 PM
Comment Back - Send Message - Block
User

You already know that the nigga's from the
hood gotta get some love and au already know
that if the did accepted those L.E.S. gear up
here I would of been rockin it to the fullest.
You heard!! Representing the Lower hard
body.Stay up!

**Durte Rebelz LLC**

Nov 29 2008 12:04 PM
Comment Back - Send Message - Block
User

To view all recent works click -->pics<----
ALL RECENT ARTWORK

Things to have ready:
Design info
Email (for sending the contract)
Contact email or phone number



The power to be great
exists within us all...

**DAT 5 STAR CHICK** ☐☐☐

Nov 27 2008 4:06 PM
Comment Back - Send Message - Block
User



Happy thanksgiving!!!!

**B.A.D**

Nov 24 2008 1:05 AM
Comment Back - Send Message - Block
User

WHAT IT DO ROB JUST SHOWING YOUR PAGE
SOME L.E.S GANGSTA LOVE L.E.S UP!!!!!



Sizes

Small

. Buy Now. . .

### L.E.S CLOTHING CO.™'s Details

| | |
|---|---|
| Status: | Married |
| Hometown: | Lower East Side |
| Zodiac Sign: | Taurus |
| Children: | Proud parent |
| Education: | College graduate |

PAGE IS DONE! NO
REQUESTS PLZ!







Nov 7 2008 12:22 PM
Comment Back - Send Message - Block
User



This image or
video violated our
terms of use

photobucket

MySpace Comments & MySpace Layouts

Nov 2 2008 11:08 AM
Comment Back - Send Message - Block
User

Evan ( LES)



A-yo What's good. That sweater is official.
Repping that lower deck hard body. That's
what it do.Just stopping by to show some luv &
respect!! Holla!

Durty Rob



Oct 22 2008 2:51 PM
Comment Back - Send Message - Block
User

What up my brother Trade Mark Rob. It'z
getting frio out there, I need a hoody what's
goody? (lmao) Yo let me know when you get
some more of these champions with the zipper,
I need a black one kidco. Peace



**O g z**

**Oct 14 2008 11:14 AM**
Comment Back - Send Message - Block
User

whats good my dude!

# LOWER EAST SIDE ™

**REPRESENT YA HOOD WITH A CUSTOM "LOWER EAST SIDE™" T-SHIRT**
**L.E.S. Clothing Co.™**



**$19.99**
**SIZES CURRENTLY AVAILABLE: XL, 2X, 3X, 4X**
**PHONE ORDERS (646) 651-0350**

SHIP MY ORDER TO:

First Name: _____ Size # _____

Last Name: _____ Quantity: _____

Address: _____

City: _____ State: _____ Zip: _____

Order by certified check or money order payable to: Robert G. Lopez, 230 Clinton Street #11C, New York, NY 10002
Send $19.99 + $3.95 S&H per T-shirt; Allow 2 weeks for delivery
For Wholesale Orders email: grobertlopez@aol.com

# EXHIBIT D





Case 1:11-cv-02443-WHP   Document 1   Filed 03/24/11   Page 33 of 41









**EXHIBIT E**

# New York State Department of State
# Certificate of Trademark Registration

*I Daniel E. Shapiro, Special Deputy Secretary of State, do certify that the Trademark described below and depicted on the attached copy has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Registration.*

**Registration Number:**    R31067      **Registration Date:**    06/06/07

**Applicant:**    **ROBERT G. LOPEZ**
230 CLINTON STREET APT. #11C
NEW YORK      NY    10002-

**State of Incorporation or Partnership Organization:**

**Class Numbers:**    25

**Date First Used in NYS:**    12/1999      **Date First Used Anywhere**    12/1999

**Trademark Description:**
LOWER EAST SIDE

*The mark is comprised of the words "Lower East Side" In stylized letters with an underline and overline.*

**Description of Goods:**    *Clothing, namely, T-shirts, Hooded Sweatshirts, Vest, Hats and Caps as adopted from the USPTO.*

**WITNESS** *my hand and the seal of the State of New York In the City of Albany on this:*

*Thursday, August 16, 2007*

*by:*



**Special Deputy Secretary of State**

*DOS-690 (Rev. 3/01)*

**EXHIBIT F**

Aeropostale New Arrivals for Girls 12/02 | Go Promo Code!    Page 1 of 2

Case 1:11-cv-02047-WHP   Document 1   Filed 03/24/11   Page 39 of 41



# Go Promo Code!

### Get a coupon - Get what you want

Home     All Stores

FAQs     All Categories

**NEW coupons added DAILY!**

Sub

## Aeropostale New Arrivals for Girls 12/02

Here are the  Aeropostale New Arrivals for Girls as of December 2, 2010. Check out the specials prices on these hot new products! **WHAT'S HOT**


**Aero Athletic Zip-Front Hoodie**
Was $44.50 Now $20.00


**Aero Fur-Lined Zip-Front Hoodie**
Was $89.50 Now $45.00


**Dream On Popover Graphic Hoodie**
Was $49.50 Now $25.00


**Midtown Zip-Front Graphic Hoodie**
Was $64.50 Now $35.00


**Long Sleeve Vertical Aero Thermal Graphic T**
Was $29.50 Now $10.00


**Lower East Side Graphic Popover Hoodie**
Was $59.50 Now $30.00


**Long Sleeve NY 87 Graphic T**
Was $15.00


**Plaid Wool Toggle Coat**
Was $119.50 Now $59.75


**Plaid Hooded Peacoat**
Was $90.50 Now $45.00


**Fur-Lined Long Puffer Coat**


**Cable-Knit Hooded Sweater**

### Shopping Categories

Automotive
Babies & Children
Books & Media Entertainment
Clothing & Shoes
Computers & Electronics
Food & Drink
Gifts
Health & Beauty
Home & Garden
Jewelry & Accessories
Office & Home Office
Pets
Seasonal, Holidays, Events
Services & Software
Shopping
Sports & Outdoors
Travel
- All Stores by Category -

### Recent Posts

As Seen On TV products at Walmart 03/21
Cabela's Bargain Cave - New Footwear Items 03/21
P.S. from Aeropostale Clearance for Girls 03/20
Taylor Gifts Sale Items 03/20
Sears Coupons for Weekly Sale 03/20 - 03/26
Kmart Coupons for Weekly Sale 03/20 - 03/26
Cabela's Bargain Cave - New Women's & Kids Clothing Items 03/18
Sears Boys Shoes Clearance - 03/18
Sears Family & Friends Event 03/19 - 03/21
Tiger Direct Coupons and Sale Items 03/17 - 03/19

### Shopping Info

Abes of Maine Adobe
**Aeropostale** Amazon
As Seen On TV Barnes &
Noble Best Buy **Cabelas**
Circuit City Collectibles Today
**CompUSA** Cyberlink Dell

www.ebates.com

## Low Prices Every Time You Shop

**Appliances & Hardware**
Baby & Kids
**Books & Magazines**
**Business & Office**
Canada
**Cellular Phones**
Clothing
**Computers**
**Electronics & Photo**
**Flowers & Gifts**
Food & Wine
**Games & Toys**
Gift Cards
**Health & Beauty**
**Home & Garden**
Jewelry
**Music & Movies**
**Printable Coupons**
**Shoes & Accessories**
**Sports & Outdoor**
**Travel & Vacations**
Ebates Daily Double

Ebay on
Ebates

Follow us on Twitter

Ebates on Facebook

### Find Coupons and Cash back

See All Categories > New Root > Aero > Aero Girls > Shop By Category > Tops > Hoodies

# Aeropostale - Lower East Side Graphic Popover Hoodie



| | |
|---|---|
| Reg. Price: | $16.98 |
| You Save: | $5.51 |
| **Your Price\*:** | **$11.47** |

**Get It Now >**

After Cash Back and Bonus*
How Ebates Works

| Store Name | Price | Cash Back + New Member Bonus | Your Price | See Site |
|---|---|---|---|---|
| AÉROPOSTALE | $16.98 | 3% + $5 = $5.51 | $11.47 | Shop Now > |

Our Lower East Side Graphic Popover Hoodie offers total comfort and a bit of lower-east NYC style! A mixture of embroidered and screenprinted graphics decorates the chest for a casual vibe. It's a perfect top to wear on weekends! Slim fit. Length: 22"Style: 7160. Body: 60% cotton, 40% polyester.Lining: 100% cotton.Machine wash/dry.

**Other Items You might Like:**



Aeropostale - Stacked Graphic
Popover Hoodie
**$10.99**



Aeropostale - Dream On
Popover Graphic Hoodie
**$12.98**



Aeropostale - Rugby Popover
Hoodie
**$13.99**



Aeropostale - Athletic NYC
Popover Hoodie
**$12.98**



Aeropostale - Bling Notch
Popover Hoodie
**$12.98**



Aeropostale - Stitched Aero
Popover Hoodie
**$12.98**

* Ebates will send you a payment for $5.51 (and cash back on any other purchases via Ebates.com) approximately one month following your purchase.
Cash back and sign-up bonus from Ebates equal amount paid for product at checkout, exclusive of any taxes or shipping charges.

©1998-2010 Ebates Shopping.com, Inc. All rights reserved. | Privacy Policy | About Us | FAQ | Car Rental San Francisco

Aeropostale | Shop for Aeropostale Teen Girls' Jackets at ShopStyle

http://www.shopstyle.com/browse/teen-girls-jackets/Aeropostale